# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GULED HASSAN DURAN,

        Petitioner,

    v.

JOSEPH R. BIDEN, JR., et al.,

        Respondents.

Civil Action No. 16-2358 (RBW)

## ORDER

Upon consideration of the Respondents' Motion to Supplement Their Factual Return, ECF No. 159, it is hereby

**ORDERED** that the Respondents' Motion to Supplement Their Factual Return, ECF No. 159, is **GRANTED**. It is further

**ORDERED** that the respondents' Proposed Supplemental Factual Return is **ACCEPTED AS FILED** as of December 1, 2023. It is further

**ORDERED** that, on or before December 15, 2023, the respondent shall file a notice of classified filing on the public docket reflecting that their Proposed Supplemental Factual Return has been filed.

**SO ORDERED** this 11th day of December, 2023.

REGGIE B. WALTON
United States District Judge